**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
|    Francis DelCampo | : | |
|       Debtors | : | Case No. 22-10698 ELF |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Debtor has filed a Motion to determine the value of Debtor's 2012 Jeep Liberty

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 18, 2022 you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at:

    > U.S. Bankruptcy Court
    > 900 Market Street, Suite 400
    > Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date state above; and

   (b) mail a copy to the movant's attorney:

    > Mitchell Lee Chambers, Jr., Esq.
    > 602 Little Gloucester Road, Suite 5
    > Blackwood, NJ 08012
    > Phone:  856-302-1778

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on June 7, 2022, at 1:00  p.m. in Courtroom #1, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA  19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  April 28, 2022