# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Francis M. Del Campo <br>                             Debtor <br><br> Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., its successors and/or assigns <br>                             Movant <br>         vs. <br><br> Francis M. Del Campo <br>                             Debtor <br><br> Kenneth E. West <br>                             Trustee | CHAPTER 13 <br><br><br><br> NO. 22-10698 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., which was filed with the Court on or about **May 2, 2022, docket number 23**.

                                          Respectfully submitted,


                                          /s/ Rebecca A. Solarz, Esq.
                                          _____

                                          Rebecca A. Solarz, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          Phone: (215)-627-1322

Dated: May 12, 2022