# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
|    Francis DelCampo | : | |
|       Debtors | : | Case No. 22-10698 ELF |

## AMENDED CERTIFICATION OF SERVICE

     I, Mitchell Lee Chambers, Esquire, counsel for Debtors, do hereby certify that, on the date hereof, I caused to be served, by first class U.S. mail postage prepaid or fax, true and correct copies of Debtors' Motion to avoid liens along with a letter advising the creditors of the new hearing date and deadline to file an objection upon the following parties and at the following addresses and fax numbers:

<u>VIA ECF</u>
KENNETH WEST, TRUSTEE
1234 MARKET STREET, STE. 1813
PHILADELPHIA, PA 19107

<u>VIA REGULAR AND CERTIFIED MAIL</u>
**TD BANK USA**
**c/o Greg Bracca, CEO**
**357 Kings Highway North**
**CHERRY HILL, NJ 08034**

<u>VIA REGULAR AND CERTIFIED MAIL</u>
DISCOVER BANK
C/O LISA GARBRANDT, SR. BANKRUPTCY SPECIALIST
PO BOX 3025
NEW ALBANY, OH 43054

<u>VIA EMAIL</u>
FRANCIS DELCAMPO
1520 CURTIN STREET
PHILADELPHIA, PA 19145

June 7, 2022

                                            Respectfully submitted,

                                            <u>/s/ Mitchell Lee Chambers, Esq.</u>
                                            Law Offices of Mitchell Lee Chambers
                                            602 Little Gloucester Road, Suite 5
                                            Blackwood, NJ 08012
                                            Phone:  (856) 302-1778

Fax: (856) 302-1779