**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Francis DelCampo | : | |
| Debtors | : | Case No. 22-10698 ELF |

**PRAECIPE TO WITHDRAW DEBTOR'S MOTION TO DETERMINE VALUE**

To the Clerk of the Court:

Kindly withdraw Debtor's Motion to Determine Value filed on April 28, 2002, bearing #16 on the Court Docket.

Dated:    June 13, 2022                  Respectfully submitted,

/s/ Mitchell Lee Chambers, Esq.
Law Offices of Mitchell Lee Chambers
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012
Phone:  (856) 302-1778
Fax:  (856) 302-1779

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                          :         Chapter 13
    Francis DelCampo                    :
        Debtors                  :         Case No. 22-10698 ELF

## CERTIFICATION OF SERVICE

I, Mitchell Lee Chambers, Esquire, counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by ECF, fax, or first class United States mail, postage prepaid, a true and correct copy of the Praecipe to Withdraw Debtor's Motion upon counsel for Lender and the Trustee, at the following fax numbers or addresses:

VIA ECF
KENNETH WEST, Esquire
PO Box 40119
Philadelphia, PA  19106-0119

VIA EMAIL
REGINA COHEN, ESQ.
190 N. INDEPENDENCE MALL WEST
STE. 500
PHILADELPHIA, PA 19106

Dated:   June 13, 2022                    Respectfully submitted,

                                                /s/ Mitchell Lee Chambers, Esq.
                                                Law Offices of Mitchell Lee Chambers
                                                602 Little Gloucester Road, Suite 5
                                                Blackwood, NJ 08012
                                                Phone:  (856) 302-1778
                                                Fax:  (856) 302-1779