**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Francis DelCampo | : | |
| Debtors | : | Case No. 22-10698 ELF |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Mitchell Lee Chambers, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is **GRANTED**; and

2. Compensation for professional services rendered, in the amount of $4,000.00 is **ALLOWED**, and the Standing Trustee shall disburse $3,900.00 in compensation to the extent provided in the confirmed Chapter 13 Plan.

Dated:  7/22/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**