United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10698-elf

Francis M Del Campo     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 20, 2022 | Form ID: 155 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francis M Del Campo, 1520 Curtin Street, Philadelphia, PA 19145-5801 |
| 14677739 | + | CHILDREN'S HOSPITAL, P.O. BOX 8500, Philadelphia, PA 19178-8500 |
| 14677745 | | LISA DELCAMPO, 1520 CURTIN STREET, Lederach, PA 19450 |
| 14677744 | + | LISA DELCAMPO, 1520 CURTIN STREET, Philadelphia, PA 19145-5801 |
| 14677748 | + | PATNAUDE & FELIX, A.P., 9619 CHESAPEAKE DRIVE, SUITE 300, San Diego, CA 92123-1392 |
| 14677749 | + | POLICE AND FIRE CREDIT UNION, 901 ARCH STREET, Philadelphia, PA 19107-2495 |
| 14677750 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14679476 | + | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14677753 | + | STEPHANIE A. WALCZAK, ESQ., 701 MARKET STREET, Philadelphia, PA 19106-1538 |
| 14677759 | + | TD Bank, 225 Greentree Road, Marlton, NJ 08053-9404 |
| 14677760 | + | WELTMAN, WEINBERG, & REIS, 170 S. INDEPENDENCE MALL W., SUITE 874W, Philadelphia, PA 19106-3334 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14677736 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 20 2022 23:44:00 | ALLY FINANCIAL, P.O. BOX 380901, Minneapolis, MN 55438-0901 |
| 14678833 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 20 2022 23:52:50 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14686457 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 20 2022 23:52:55 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14691681 | | Email/Text: megan.harper@phila.gov | Jul 20 2022 23:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14677737 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 23:42:19 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14683610 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2022 23:52:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14677738 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 23:42:29 | Capitalone, Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14677740 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 23:52:51 | Citibank/Best Buy, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14677741 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 00:04:10 | Citibank/Sears, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14677742 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2022 23:44:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14677743 | + | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 20 2022 23:44:00 | DISCOVER BANK, P.O. BOX 3025, New Albany, OH 43054-3025 |
| 14677746 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 00:03:46 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14682059 | | Email/Text: mrdiscen@discover.com | Jul 20 2022 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14687828 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:52:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14677747 | + | Email/Text: bnc@nordstrom.com | Jul 20 2022 23:44:51 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14692836 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2022 23:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14677751 | ^ | MEBN | Jul 20 2022 23:41:11 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14677752 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 20 2022 23:44:00 | Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 14685632 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 20 2022 23:44:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14677754 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:42:42 | Syncb/Lord & Taylor, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14677755 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:52:51 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14678552 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:52:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14677756 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:52:50 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14677757 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:52:55 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14677758 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:52:50 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022           Signature:      /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 20, 2022 | Form ID: 155 | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Debtor Francis M Del Campo ecfbc@comcast.net  paecfbc@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Francis M Del Campo
       Debtor(s)                                          Chapter: 13

                                                               Bankruptcy No: 22−10698−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this July 19, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Eric L. Frank
                                                Judge ,
                                                United States Bankruptcy Court

                                                                         39
                                                                    Form 155