United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                               Case No. 22-10698-elf
Francis M Del Campo                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 2
Date Rcvd: Jul 22, 2022               Form ID: pdf900                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

**Recip ID**            **Recipient Name and Address**
db                   + Francis M Del Campo, 1520 Curtin Street, Philadelphia, PA 19145-5801

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2022                              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:**

**Name**                      **Email Address**
KENNETH E. WEST
                             ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
                             on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MITCHELL LEE CHAMBERS, JR.
                             on behalf of Debtor Francis M Del Campo ecfbc@comcast.net paecfbc@gmail.com

REBECCA ANN SOLARZ
                             on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REGINA COHEN
                             on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

United States Trustee
                             USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jul 22, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
|    Francis DelCampo | : | |
|       Debtors | : | Case No. 22-10698 ELF |

## O R D E R

**AND NOW,** upon Motion of the Debtor to avoid a judicial lien held by TD Bank USA, N.A and Discover Bank ("the Respondents") in personal property and/or real property of the Debtor located at 1520 CURTIN STREET, PHILADELPHIA, PA 19145

**AND**, the Debtor having asserted that the alleged liens arising from the judgment entered on June 29, 2015 on behalf of TD Bank, N.A. in the Philadelphia Municipal Court, Claim No.1504144303 and the judgment entered on March 14, 2016 on behalf of Discover Bank in the Philadelphia Municipal Court, Claim No.1601194804 are subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial liens held by the Respondents in the real property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules are **AVOIDED**.

**Date:** 7/22/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**