United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 22-10698-amc

Francis M Del Campo                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Francis M Del Campo, 1520 Curtin Street, Philadelphia, PA 19145-5801 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Debtor Francis M Del Campo ecfbc@comcast.net  paecfbc@gmail.com |
| REGINA COHEN | on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Francis DelCampo | : | |
| Debtor | : | Bankruptcy No.  22-10698 AMC |

**ORDER**

Upon consideration of Debtor's Motion to Abate and Modify the Chapter 13 Plan (the "Motion"), and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1.    The Motion is granted;

2.    Debtors' Modified Chapter 13 Plan (the "Modified Plan") complies with the requirements of 11 U.S.C. 1322 and 1325(a) and with the other applicable provisions of title U.S.C.; and;

3.    The Modified Plan is approved and such plan now constitutes the confirmed plan pursuant to 11 U.S.C. 1329(a)(2).

BY THE COURT

Dated: _____July 09_____ , 2024

_____
**United States Bankruptcy Judge**