**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Francis Del Campo | : | |
| Debtors | : | Bky Case No. 22-10698 AMC |

**ORDER**

Upon consideration of the Supplemental Fee Application for Compensation and Reimbursement of Expenses of Mitchell Lee Chambers, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Supplemental Compensation for professional services rendered, in the amount of $400.00 is ALLOWED, and the Standing Trustee shall disburse $400.00 in legal fees in costs to counsel for Debtor in accordance with the terms of Debtors' Chapter 13 Plan.

Dated:       7 / 15 /24       _____
United States Bankruptcy Judge

cc:

Mitchell Lee Chambers, Esquire
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012

Kenneth West, Esquire
P.O. Box 1229
Philadelphia, PA  19105

Francis Del Campo
1520 Curtin Street
Philadelphia, PA 19145