United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 22-10698-amc

Francis M Del Campo                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                        Page 1 of 2

Date Rcvd: Mar 04, 2026                    Form ID: pdf900                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  Francis M Del Campo, 1520 Curtin Street, Philadelphia, PA 19145-5801

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026                              Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed
below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE L. MCGOWAN | |
| | on behalf of Creditor Selene Finance  LP mimcgowan@raslg.com |
| MITCHELL LEE CHAMBERS, JR. | |
| | on behalf of Debtor Francis M Del Campo ecfbc@comcast.net  paecfbc@gmail.com |
| REGINA COHEN | |
| | on behalf of Creditor Ally Capital rcohen@lavin-law.com |

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Mar 04, 2026                          Form ID: pdf900                          Total Noticed: 1

United States Trustee

          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                            :        Chapter 13
    Francis Del Campo                    :
           Debtors            :        Bky Case No. 22-10698

## <u>ORDER</u>

Upon consideration of the Supplemental Fee Application for Compensation and Reimbursement of Expenses of Mitchell Lee Chambers, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1.  The Application is APPROVED; and

2.  Supplemental Compensation for professional services rendered, in the amount of $250.00  is ALLOWED, and the Standing Trustee shall disburse $250.00 in legal fees in costs to counsel for Debtor in accordance with the terms of Debtors' Chapter 13 Plan.

Dated:  March 4, 2026

_____
United States Bankruptcy Judge

cc:

Mitchell Lee Chambers, Esquire
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012

Kenneth West, Esquire
P.O. Box 1229
Philadelphia, PA  19105

Francis Del Campo
1520 Curtin Street
Philadelphia, PA 19145